UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 14-12863

STANLEY RICHARD,  )

)  Chapter: 13

)  Honorable LaShonda Hunt

)

)

Debtor(s)  )

## ORDER GRANTING DEBTOR'S MOTION TO VACATE PAYROLL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1) The motion is GRANTED.

2) The Order to Pay Funds to the Trustee, docket item #12, is Vacated, and is not longer in effect.

Enter:

*[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: April 09, 2018

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com